UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER PHILIP LANGAN,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 14-cv-02563-JCS

**ORDER CONTINUING DEADLINE TO FILE AMENDED COMPLAINT**

Re: Dkt. No. 13

Plaintiff Christopher Langan brought this action pro se against the United States and a number of federal agencies and officials. On October 2, 2014, the Court dismissed Langan's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) with leave to amend. Dkt. 12. Langan has now determined that he is not capable of representing himself and seeks an extension of time in order to obtain an attorney. *See* Dkt. 13. Specifically, Langan believes that one of his law school classmates may be willing to represent him after his classmates receive the results of the California Bar Examination and are sworn in as attorneys.

The Court hereby GRANTS Langan's request for an extension. **The deadline to file an amended complaint is continued to January 8, 2015.** The case management conference scheduled for January 9, 2015 is unchanged, and **a case management statement must be filed by January 2, 2015**. If Langan is not able to obtain representation, he is encouraged to consult with the Legal Help Center as discussed on page 13 of the Court's previous Order. Telephone appointments can be scheduled by calling (415) 782-8982.

    **IT IS SO ORDERED.**

Dated: October 16, 2014

                                                      JOSEPH C. SPERO
United States Magistrate Judge