UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILIP LANGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 14-cv-02563-JCS<br><br>**ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND** |

Plaintiff Christopher Philip Langan brought this action against the United States and a number of other federal government defendants. The Court granted Plaintiff's application to proceed in forma pauperis and subsequently dismissed his claim as frivolous, due to lack of jurisdiction, on October 2, 2014 pursuant to 28 U.S.C. § 1915. Dkt. 12. The Court set a deadline of November 27, 2014 for Plaintiff to file an amended complaint. At Plaintiff's request, the Court extended that deadline to January 8, 2015 to allow Plaintiff time to obtain representation. Dkt. 14. That deadline has passed without Plaintiff filing an amended complaint. Plaintiff also failed to attend the case management conference scheduled for January 16, 2015.

This action is therefore DISMISSED without leave for Plaintiff to file an amended complaint, but without prejudice to Plaintiff filing a new complaint in a court of competent jurisdiction. The clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: January 16, 2015

                                                    JOSEPH C. SPERO<br>                                                  United States Magistrate Judge